# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    NO. 4:20-cr-00048-JM-1

LINNIE MANIE GEORGE                                                                     DEFENDANT

## ORDER

The jury trial of this matter is hereby rescheduled to begin at **9:15 A.M., on TUESDAY, FEBRUARY 9, 2021**, in Courtroom #4-A, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.   Counsel are to be present by 8:30 A.M. for pretrial matters.

IT IS SO ORDERED this 28th day of January, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE